IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Philip A. Brimmer**

Civil Action No.:     19-cv-00667-PAB              Date:  March 19, 2019
Courtroom Deputy:  Patricia Glover              Court Reporter:   Janet Coppock

*Parties:*                                                                          *Counsel:*

G.H. DANIELS III & ASSOCIATES, INC., ("GHD"),        Christopher Pooley
LANDSCAPE TECHNOLOGY GROUP, INC.,
("LTG"),
BERICH MASONRY, MOUNTAIN DIVISION, INC.,
("BERICH MASONRY"), and
ROCKY VALLEY CONTRACTORS, ("RVC"),

   Plaintiffs,

v.

ALEXANDER ACOSTA, SECRETARY OF THE U.S.      Glen Girdharry
DEPARTMENT OF LABOR,
KIRSTJEN NIELSEN, SECRETARY OF THE U.S.
DEPARTMENT OF HOMELAND SECURITY
("DHS"), and
MIKE POMPEO, SECRETARY OF STATE,

   Defendants.

## COURTROOM MINUTES

**MOTION HEARING**

**9:02 a.m.      Court in session.**

Appearances of counsel.

The Court addresses the request for Temporary Restraining Order (Doc. #2)

9:05 a.m.      Argument and offer of proof by Mr. Pooley.

9:49 a.m.      Argument and offer of proof by Mr. Girdharry.

10:19 a.m.     Rebuttal argument by Mr. Pooley.

**ORDERED**:  Plaintiffs' Motion for Temporary Restraining Order [2] is DENIED.  The remainder of the motion as to preliminary injunction remains pending.

The Court addresses setting the hearing on the Motion for Preliminary Injunction.

**ORDERED:**  The parties will consult with the Court's Judicial Assistant immediately following this hearing to schedule the hearing on the Preliminary Injunction portion of the Motion.

**ORDERED:**  Plaintiff's reply brief will be filed by March 29, 2019 and defendant's sur-reply will be filed by April 5, 2019.

**11:02 a.m.**    **Court in recess.**

Hearing concluded.
Total in-court time:    01:00